Martin S. Smith (Bar No.: 8721)
msmith@feltmartinlaw.com
FELT, MARTIN, FRAZIER & WELDON, P.C.
208 North Broadway, Suite 313
P.O. Box 2558
Billings, Montana 59103
Telephone: (406) 248-7646
Fax: (406) 248-5485

ATTORNEYS FOR ROCKY MOUNTAIN BANK

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MONTANA

| In re | ) | Case No. 10-61638-RBK (Chapter 11) |
|---|---|---|
| | ) | |
| GLACIER STONE SUPPLY, LLC | ) | **NOTICE OF APPEARANCE AND** |
| aka MONTANA STONE SUPPLY, | ) | **REQUEST FOR NOTICE** |
| | ) | |
| Debtor. | ) | |
| | ) | |

PLEASE TAKE NOTICE that the undersigned appear for Rocky Mountain Bank and, pursuant to Rules 2002 and 9007 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, request that all notices given or required to be given in this case and all papers served or required to be served in this case be given and served upon the undersigned counsel; and pursuant to Rule 2002(g), that the following be added to the Court's service list:

Martin S. Smith
FELT, MARTIN, FRAZIER & WELDON, P.C.
208 North Broadway, Suite 313
P.O. Box 2558
Billings, Montana 59103
msmith@feltmartinlaw.com
(406) 248-7646

Such notices shall include notices by mail, telephone, facsimile, or any other means of electronic transmission, and the notices requested shall include, but are not limited to, all notices

- 2 -

relating to the matters set forth in F.R.B.P. 2002; matters relating to any motion for the appointment of a trustee, or conversion or dismissal of the case; matters relating to the proposing or confirming of a plan; matters relating to adequate protection and the debtor's obtaining of credit under 11 U.S.C. § 361 or 364; and matters relating to the use, sale or lease of property under 11 U.S.C. § 363, or the assumption or rejection of executory contracts or unexpired leases under 11 U.S.C. § 365.

Dated this 27th day of July 2010.

FELT, MARTIN, FRAZIER, & WELDON, P.C.

By: */s/ Martin S. Smith*
    Martin S. Smith

Attorneys for Rocky Mountain Bank

### CERTIFICATE OF SERVICE

The undersigned does hereby certify, under penalty of perjury, that on the July 27, 2010, a true copy of the foregoing document was served on the following individuals as indicated below:

Via ECF:

Office of the U.S. Trustee

James A. Patten
Suite 300, the Fratt Building
2817 2nd Avenue North
Billings, Montana 59901
*Attorney for Debtor*

Doug James
MOULTON BELLINGHAM
Suite 1900, Crowne Plaza
P. O. Box 2559
Billings, MT 59103-2559
*Attorney for Wells Fargo Bank, N.A.*

- 3 -

Binney Law Firm, P.C.
P. O. Box 2253
Missoula, Montana 59806-2253
*Attorney David Wilkins*

Max A. Hansen
P.O. Box 1301
Dillon, Montana 59725
*Attorney for Stillwater Forest Products, Inc.*

Gregory G. Schultz
LAW OFFICES OF GREGORY SCHULTZ, P.C.
210 East Pine Street, Suite 200
Missoula, Montana 59802
*Attorney for Wells Fargo Equipment Finance, Inc.*


                                      */s/ Martin S. Smith*
                                      Martin S. Smith